# Court of Appeals
# of the State of Georgia

ATLANTA, November 07, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0714. JOSEPH FLIPPIN v. AMERICAN EXPRESS NATIONAL BANK.**

American Express National Bank filed a complaint on account and contract action against Joseph Flippin in state court. Flippin filed a pro se motion to dismiss, which the trial court denied. Flippin then filed a pro se notice of appeal. We, however, lack jurisdiction.

As a general rule, a right of direct appeal lies from only a final judgment — that is, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). Here, the trial court denied Flippin's motion to dismiss the complaint, and thus, the case remains pending in state court. Consequently, the order Flippin seeks to appeal is not a final judgment and he was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal. See OCGA § 5-6-34 (b); *Pace Constr. Corp. v. Northpark Assoc.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994) (the denial of a motion to dismiss is an interlocutory order). Flippin's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/07/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*